# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JASON QUINN ADAMS                                              PLAINTIFF

v.                                Case No. 4:19-cv-00764-LPR

FAULKNER COUNTY DETENTION CENTER, *et al.*                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, as well as a *de novo* review of the record, the Court adopts them in part.

Judge Kearney's factual findings and conclusions of law were entirely correct at the time he transmitted the proposed findings and recommendations to the Court. Since that time, however, Mr. Adams has made several filings that suggest to me his address changed again and that he does not understand his obligations with respect to either paying the filing fee or filling out an application to proceed *in forma pauperis* ("IFP"). Out of an abundance of caution, the Court will provide him an additional thirty (30) days from the date of this Order to do one of the following two things:

1.     pay the $400 filing fee, or

2.     submit a valid IFP application to ask to proceed *in forma pauperis*. Mr. Adams says he already submitted an IFP application. (Doc. 18). That is incorrect. The IFP application Mr. Adams is referencing was submitted by Mr. Brewer and is about Mr. Brewer's finances. (Doc. 18). Mr. Adams must submit his own IFP application. In any event, even if Mr. Adams had submitted a personal IFP

application, now that he is released from prison and living in the free-world, he must submit a new IFP application that shows his current financial circumstances and ability, or inability, to pay the filing fee.

IT IS THEREFORE ORDERED that Mr. Adams shall have thirty (30) days from the date of this Order to either pay the $400 filing fee or submit a current IFP application. If Mr. Adams fails to take one of these two actions, his Complaint will be dismissed without prejudice. The Office of the Clerk is directed to send Mr. Adams an appropriate IFP application to his new, current address.

IT IS SO ORDERED this 7th day of February 2020.

<u>Lee P. Rudofsky</u>
UNITED STATES DISTRICT JUDGE