IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON QUINN ADAMS                                                          PLAINTIFF

v.                          Case No. 4:19-cv-00764-LPR

FAULKNER COUNTY DETENTION CENTER, *et al.*                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on March 19, 2020, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 19th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE